# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MALLORY PERRY,

        Plaintiff,

    vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:17-cv-05164-PLA

ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920

      Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

      IT IS ORDERED that fees and expenses in the amount of $3,300.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  October 5, 2018

_____
THE HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

-1-

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Cyrus Safa*

_____

Cyrus Safa
Attorney for plaintiff Mallory Perry